IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAULA GRAY,<br><br>              Plaintiff,<br><br>     v.<br><br>ALLEN HARIM FOODS LLC, and<br>HARIM USA,<br><br>              Defendants. | CIVIL ACTION<br>NO.  22-1172 |

## ORDER

**AND NOW**, this 5th day of August 2024, upon consideration of Defendants' Motion for Partial Summary Judgment (Doc. No. 29), Plaintiff's Response in Opposition (Doc. No. 36), Defendants' Reply (Doc. No. 37), and in accordance with the Court's Opinion issued on this date, it is **ORDERED** that Defendants' Motion for Partial Summary Judgment (Doc. No. 29) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.